UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

John SHAPIRO,

Plaintiff,

v.

Joy CAMPANELLI,

Defendant.

Case No.: 25-cv-3621-AGS-KSC

**ORDER GRANTING IFP MOTION (ECF 2) AND DISMISSING COMPLAINT**

Plaintiff John Shapiro moves to proceed without paying the usual $405 in court fees. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999) ("An action may proceed despite failure to pay the filing fees only if the party is granted IFP [*in forma pauperis*] status."); 28 U.S.C. § 1914(a) ("filing fee of $350"); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023) ("Administrative fee" of "$55"). Shapiro has no assets and his $1,000 monthly income hardly covers his expenses (*see* ECF 2), so he need not pay the filing fees. *See Blount v. Saul*, No. 21-cv-0679-BLM, 2021 WL 1561453, at *1 (S.D. Cal. Apr. 21, 2021) ("[A] party need not be completely destitute to proceed IFP.").

Next, the Court must screen the complaint and dismiss it if it is "frivolous" or "fails to state a claim." 28 U.S.C. § 1915(e)(2)(B). The only allegation in Shapiro's complaint is that "Defendant conspired with others, which violated Fourteenth Amendment Rights." (ECF 1, at 1.) It's unclear what the defendant conspired to do, why it's unlawful, and how it affected Shapiro. Simply put, his complaint does not state a claim.

Shapiro's IFP request is **GRANTED**, and his complaint is **DISMISSED** without prejudice and with leave to amend. Any amended complaint is due April 10, 2026.

Dated:  March 10, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

25-cv-3621-AGS-KSC